# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ARTHUR MERCER**

vs.            CASE NUMBER: 1:11-CV-157 (GTS/DRH)

**THOMAS K. PETRO, Attorney at Law**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David R. Homer is ACCEPTED and ADOPTED in its entirety. Plaintiff's complaint is hereby DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 28th day of June, 2011.

DATED: June 29, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk